# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
# AT KNOXVILLE

## STATE OF TENNESSEE v. BOBBY DALE PARRIS

**Criminal Court for Bradley County**
**No. M-04-844**

---

**No. E2009-01992-CCA-R3-CD - Filed October 8, 2010**

---

### ORDER

This Court's opinion, filed on September 23, 2010, is hereby withdrawn and substituted with the corrected opinion and judgment being filed contemporaneously with this order.

SO ORDERED.

PER CURIAM

J. C. MCLIN, JUDGE
JOSEPH M. TIPTON, PRESIDING JUDGE
JAMES CURWOOD WITT, JUDGE